1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RHIANNON ANGEL HEATHER            No.  2:19-cv-2557 DB
     KATHLEEN SALAZAR,
12
                    Plaintiff,
13                                                      ORDER
            v.
14
     ANDREW SAUL, Commissioner of Social
15   Security,

16
                    Defendant.
17

18

19          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis.

20   Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to

21   prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

22   pauperis will be granted.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.  Plaintiff's application to proceed in forma pauperis is granted.

25          2.  The Clerk of the Court is directed to issue process and to serve upon plaintiff the

26   undersigned's Scheduling Order and Order re Consent or Request for Reassignment for social

27   security cases.

28   ////

                                              1

3. Within fourteen (14) days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons, a completed USM-285 form, sufficient copies of the summons and complaint for service of process in accordance with Federal Rule of Civil Procedure 4(i), a copy of this order, and sufficient copies of the Scheduling Order and Order re Consent or Request for Reassignment issued in this case. Information regarding the number of copies currently required by the United States Marshal may be obtained from the United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

4. Within five (5) days after submitting the necessary documents to the United States Marshal for service or process, plaintiff shall file in this court a declaration stating the date on which the documents were submitted to the United States Marshal. Failure to file a timely declaration may result in an order imposing appropriate sanctions.

5. The United States Marshal is directed to serve process and copies of the undersigned's Scheduling Order and Order re Consent or Request for Reassignment without prepayment of costs not later than sixty (60) days from the date of this order. Service of process shall be completed by delivering all necessary documents to the United States Attorney for the Eastern District of California and by sending copies of the summons, complaint and court orders by registered or certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. 4(i)(1)(A) & (B). Copies of the summons, complaint and court orders shall also be served by registered or certified mail on the Commissioner of Social Security, c/o Office of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545. See Fed. R. Civ. P. 4(i)(2).

DATED: February 13, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE